# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JUSTIN BUNGER,                           :

    Plaintiff,                        :
                        Case No. 3:08cv00275

vs.                                      :

                        District Judge Walter Herbert Rice
MICHAEL J. ASTRUE,                       :     Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,                 :

    Defendant.                        :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was

originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been

filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on May 21, 2012 (Doc. #25) is
    ADOPTED in full;

2.    Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act
    (Doc. #22) is GRANTED, in part, to the extent Plaintiff is entitled to an EAJA
    award in the total amount of $2,987.50. Plaintiff's Motion for an EAJA award
    totaling $4,202.68 is DENIED;

3.    Defendant is directed to verify, <u>within twenty-one days of this Decision and</u>

Entry, whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant is ordered to pay the EAJA award directly to Plaintiff's counsel; and,

4.      The case remains terminated on the docket of this Court.


_____
Walter Herbert Rice
United States District Judge